**Robert A. CUFFEE, Plaintiff—Appellant,**

v.

**Sergeant LUKER, Corrections Officer; Doctor Reese; Doctor Ober, Defendants—Appellees.**

No. 03–7563.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Robert A. Cuffee, Appellant pro se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Carlene Booth Johnson, Perry & Windels, Dillwyn, Virginia, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert A. Cuffee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cuffee v. Luker,* No. CA–02–678 (W.D.Va. July 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*